# Court of Appeals
# of the State of Georgia

ATLANTA,  May 03, 2013

*The Court of Appeals hereby passes the following order:*

## A13A1675.   ADRIENNE MCMURRAY et al. v. CROWN REALTY & MANAGEMENT CORPORATION et al.

This case originated as a dispossessory proceeding in magistrate court. After an adverse ruling, Adrienne McMurray and Charlene Hill appealed the magistrate court's decision to the superior court, which likewise ruled against them. McMurray and Hill then appealed directly to this Court. We, however, lack jurisdiction.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, McMurray and Hill were required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Their failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 05/03/2013
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*